No. 76–670. SECOND AVENUE LIMITED DIVIDEND HOUSING ASSN. ET AL. v. HILLS, SECRETARY, HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 76–693. BERGER ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–698. LYONS v. FAGAN ET AL. C. A. 1st Cir. Certiorari denied. 

No. 76–710. BOARD OF EDUCATION OF JEFFERSON COUNTY ET AL. v. NEWBURG AREA COUNCIL, INC., ET AL. C. A. 6th Cir. Certiorari denied. 

No. 76–851. ALBERT ET AL. v. FIRST NATIONAL BANK & TRUST COMPANY OF MARQUETTE, EXECUTOR. Ct. App. Mich. Certiorari denied. 

No. 76–737. CAMPBELL v. STAPLE COTTON COOPERATIVE ASSN. Sup. Ct. Miss. Certiorari denied. 

No. 76–751. KOEHLER MANAGEMENT CORP. ET AL. v. NICKELS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 76–756. HANSON v. SHELL OIL Co. C. A. 9th Cir. Certiorari denied. 

No. 76–812. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–822. TAYLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 76–842. BLOOM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.